**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiff, 　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>STERLING DAN NIITSUMA, 　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　　　　　　) | 2:10-CR-130-JCM (PAL) |

**ORDER OF FORFEITURE**

On September 3, 2010, defendant STERLING DAN NIITSUMA pled guilty to a One-Count Superseding Criminal Information charging him with Laundering of Monetary Instruments in violations of Title 18, United States Code, Section 1956(a)(1)(A)(i) and Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and 846.

This Court finds that STERLING DAN NIITSUMA shall pay a criminal forfeiture money judgment of $6,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from STERLING DAN NIITSUMA a criminal forfeiture money judgment in the amount of $6,000.00 in United States Currency.

DATED this 15th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Alexandra M. McWhorter, certify that the following individuals were served with copies of the Order of Forfeiture on September 3, 2010 by the below identified method of service:

E-mail/ECF

Jesse R. Marchese
Law Office of Jesse R. Marchese
815 South Casino Center Blvd.
Las Vegas, NV 89101
Email: Marcheselaw@msn.com
Counsel for Tana Cogan

Carl E.G. Arnold
Callister & Associates
823 Las Vegas Blvd. South
5th Floor
Las Vegas, NV 89101
Email: carnold@call-law.com
Counsel for Sterling Dan Niitsuma

      /s/AlexandraMMcWhorter
ALEXANDRA M. MCWHORTER
Forfeiture Support Associate Paralegal