# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>            Plaintiff,<br><br>     v.<br><br>STERLING DAN NIITSUMA,<br><br>            Defendant. | 2:10-CR-130-JCM (PAL) |

## ORDER OF FORFEITURE

This Court found on September 15, 2010 that STERLING DAN NIITSUMA shall pay a criminal forfeiture money judgment of $6,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from STERLING DAN NIITSUMA a criminal forfeiture money judgment in the amount of $6,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(A) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 15th day of Dec., 2010.

_____
UNITED STATES DISTRICT JUDGE